**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:25-cr-20439-TLP |
| v. | ) | |
| JUSTIN WARR, | ) | |
| Defendant. | ) | |

**VERDICT**

We, the jury, as to the question posed in Phase II for our verdict say:

1. We find the defendant, JUSTIN WARR:

________ OR ✓

**DID** **DID NOT**

Have at least three previous felony convictions for offenses that were committed on occasions different from one another.

7/9/2026
DATE

Natasha Kizer
PRESIDING JUROR